[No. 26126-3-III.   Division Three.   June 10, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMIE R.
COVINGTON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 06-1-04969-2, Harold D. Clarke III, J., entered May 8, 2007. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Schultheis, C.J., and Brown, J.

[No. 26341-0-III.   Division Three.   June 10, 2008.]

JON PORT, *Appellant*, v. ERIC POTTER ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Douglas County, No. 07-2-00089-2, John Hotchkiss, J., entered June 29, 2007. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Sweeney and Brown, JJ.

[No. 25918-8-III.   Division Three.   June 12, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. WALTER F. SUTTON,
JR., *Appellant*.

Appeal from a judgment of the Superior Court for Columbia County, No. 06-1-00030-2, Ray D. Lutes, J. Pro Tem., entered January 19, 2007. *Affirmed as modified* by unpublished opinion per Korsmo, J., concurred in by Sweeney and Brown, JJ.

[No. 26148-4-III.   Division Three.   June 12, 2008.]

*In the Matter of* ROBIN M. FREEMAN, *Respondent*, and ROB
R. FREEMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 98-2-00171-0, Christine A. Pomeroy, J., entered September 29, 2006. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Schultheis, C.J., concurred in by Brown, J., and Thompson, J. Pro Tem. Now published at 146 Wn. App. 250.